ARTURO HERNANDEZ-MEL, Attorney at Law
15 S. 34TH ST.
San Jose, California 95116
Phone (408) 729-5785
Fax    (408) 729-0167
California Bar No. 108980
Email: artlwoff@aol.com

Attorney for GILBERT BRIAN VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA
EL CENTRO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> GILBERT BRIAN VILLANUEVA ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | Case No.2:08 MJ- 08653 <br><br> NOTICE OF APPEARANCE |

TO:    UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, CARLA BESSLER, THE ASSISTANT UNITED STATES ATTORNEY, AND TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL INTERESTED PARTIES IN THIS MATTER:

ATTORNEY ARTURO HERNADEZ-M, hereby enters an appearance on behalf of GILBERT BRIAN VILLANUEVA.

Date:July 21, 2008                     Respectfully submitted,

                                        /s/Arturo Hernandez-M

                                        _____
                                        Arturo Hernandez-M

1

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

4

5  THE UNITED STATES OF AMERICA,  )   Case No. 2:08 MJ- 08653
                                  )
6              Plaintiff,         )
                                  )   CERTIFICATE OF SERVICE
7  vs.                            )
                                  )
8  GLBERT  BRIAN VILLANUEVA,      )
                                  )
9              Defendant.         )
                                  )
10                                )
                                  )
11                                )
   _____)
12

13      This is to certify that on the 21st day of July, 2008, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of
14  a Notice of Electronic Filing to the following ECF registrant:

15  CARLA BRESSLER, AUSA

16

17                                      /s/ Arturo Hernandez

18                                      _____
                                        Declarant
19                                      Arturo Hernandez-M

20

21

22

23

24

25

26

27

28

2